IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TARA J. LOUX, M.D.,

    Plaintiff,                                Case No. 8:21-cv-01891-WFJ-TGW

v.

BAYCARE MEDICAL GROUP, INC.,
ST. JOSEPH'S HOSPITAL, INC.; and
ANAND NAYEE, M.D.,

    Defendants.
_____/

**ORDER**

THIS CAUSE came to be heard on February 28, 2023 upon the Magistrate's Order on Defendants' Claim of PSQIA Privilege (Dkt. No. 82); Plaintiff's Objection to Magistrate's Order on Defendants' Claim of PSQIA Privilege (Dkt. No. 93); and Defendants' Response in Opposition to Plaintiff's Objection to Magistrate's Order on Defendants' Claim of PSQIA Privilege (Dkt. No. 94).

It is, therefore, upon consideration,

ORDERED:

1.    Defendants, BayCare Medical Group, Inc. and St. Joseph's Hospital, Inc. (collectively, "Defendants") are ordered to submit to the Court for *in camera* review the 205 Quality Files described in Category No. 5 of Defendants' Amended Privilege Log (Dkt. No. 71) no later than April 28, 2023.

2.	Defendants shall submit an affidavit of a person with personal knowledge regarding whether any of the physicians for whom Plaintiff, Dr. Loux ("Plaintiff"), has requested information in her Requests for Production (see e.g. Request Nos. 1 and 6) had any "Peer Review." Peer Review is defined to include documents, discussions, or meeting(s) to determine whether any action should be taken regarding one of the identified physicians, including: (a) requiring additional education or training, (b) disciplinary action, (c) remediation, (d) privileging restriction, (e) proctoring, (f) collegial intervention, (g) a focused review, and/or (h) reporting to the National Practitioner's Data Bank, a state licensing board, the U.S. Drug Enforcement Administration, and/or the Florida Agency for Health Care Administration. This affidavit shall be provided no later than April 28, 2023.

3)	Defendants shall provide to the Court the volume or number of documents making up the documents that are categorized as "Referral Logs" in Category No. 6 of the Amended Privilege Log. (Dkt. No. 71). This information shall be provided no later than April 28, 2023.

DONE AND ORDERED at Tampa, Florida on April 10, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:
Amy L. Drushal, Esquire, adrushal@trenam.com
John D. Goldsmith, Esquire, jgoldsmith@trenam.com
Terin Barbas Cremer, Esquire, tcremer@barbascremer.com
Kevin D. Johnson, Esquire, kjohnson@johnsonjackson.com