UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TARA J. LOUX, M.D.,

    Plaintiff,

v.                                               Case No. 8:21-cv-1891-WFJ-TGW

BAYCARE MEDICAL GROUP, INC.,
ST. JOSEPH'S HOSPITAL, INC., and
ANAND NAYEE, M.D.,

    Defendants.
_____/

## ORDER UPON REMAND

This matter came before the Court upon the remand from the U.S. Eleventh Circuit. Dkt. 147. The undersigned took trenchant written argument from both sides concerning the document production issue remaining after remand. Dkts. 150, 151. The Court also reviewed the *in camera* submissions as well as refreshing itself on the pertinent opinion.

The Court finds that the Defendant supports the better view in light of the Eleventh Circuit's opinion. The Villareal affidavit, which is contemporaneous to the issue and not rebutted, is persuasive. Dkt. 106-1. The "Quality Files" and "Referral Logs" constitute "Patient Safety Work Product" that reflect the identification, deliberation, or analysis about the collection, management, or analysis of information for reporting to or by a patient safety organization. 42

U.S.C. §§ 299b-22(a); 299b-21(7)(A)(ii).  Nor do there appear to be any records in this group that constitute exceptions to the protection provided by the statute, *id.* at § 299b-21(7)(B).

In so ruling the Court finds that Defendants have borne their burden to establish this privilege from disclosure.  *See generally Bogle v. McClure*, 332 F.3d 1347, 1358 (11th Cir. 2003).  Accordingly, the "Quality Files" and "Referral Logs" (*see* Dkt. 103) are protected from disclosure.  The orders at dockets 103 and 112 are vacated.

**DONE AND ORDERED** at Tampa, Florida, on July 30, 2024.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of record